IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS SHADE,

    Plaintiff,                             No. 2:08-cv-1069 LKK JFM PS

    vs.

BANK OF AMERICA, et al.,             ORDER

    Defendants.

_____/

        Plaintiff is proceeding pro se and seeks leave to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21)

        On September 11, 2008, plaintiff filed an amended complaint pursuant to this court's August 22, 2008 order.[1] Plaintiff has now identified certain defendants as "officers and directors," but has failed to specifically identify the company or agency for which they serve. Moreover, the allegation that these officers and directors "were aware of the nature of the activities of the Debt Buyers Association" is insufficient to state a cognizable claim herein. The court will not order service of process on these 11 defendants.

/////

---

[1] On September 11, 2008, plaintiff also filed a document entitled "Response to Order to Show Cause." Because plaintiff was not directed to show cause in the instant action, his response has been placed in the court file and disregarded.

1

1   The amended complaint states a cognizable claim for relief as to the remaining
2   defendants. If the allegations of the amended complaint are proven, plaintiff has a reasonable
3   opportunity to prevail on the merits of this action.
4   In accordance with the above, IT IS HEREBY ORDERED that:
5   1. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons,
6   an instruction sheet and a copy of the amended complaint filed September 11, 2008;
7   2. Within thirty days from the date of this order, plaintiff shall complete the
8   attached Notice of Submission of Documents and submit the completed Notice to the court with
9   the following documents:
10   a. One completed summons;
11   b. One completed USM-285 form for each defendant named in the
12   amended complaint; and
13   c. Seven copies of the endorsed amended complaint filed September 11,
14   2008.
15   3. Plaintiff need not attempt service on defendants and need not request waiver of
16   service. Upon receipt of the above-described documents, the court will direct the United States
17   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
18   without prepayment of costs.
19   4. Failure to comply with this order may result in a recommendation that this
20   action be dismissed.
21   DATED: November 20, 2008.

UNITED STATES MAGISTRATE JUDGE

25   /001; shade1069.1

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROSS SHADE,
11           Plaintiff,              No. 2:08-cv-1069 LKK JFM PS
12      vs.
13  BANK OF AMERICA, et al.,         NOTICE OF SUBMISSION
14           Defendants.             OF DOCUMENTS
15  _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18           _____     completed summons form
19           _____     completed USM-285 forms
20           _____     copies of the amended complaint
21
    DATED:
22
23
24                                             _____
                                                         Plaintiff
25
26
```