IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS SHADE,

        Plaintiff,                     No. 2:08-cv-1069 LKK JFM PS

    vs.

BANK OF AMERICA, N.A., USA,
DBA INTERNATIONAL, Inc.,
et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 31, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on April 6, 2009, but on May 15, 2009, he requested his objections be withdrawn. Plaintiff's request is granted.[1]

/////

---

[1] On April 20, 2009, defendant DBA International Inc. filed a response to plaintiff's objections, but did not object to the findings and recommendations.

1

1. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed March 31, 2009, are adopted in full;

    2.  Defendant DBA International's February 9, 2009 motion to dismiss (#11) is granted; and

    3.  Defendant DBA International, Inc., formerly known as Debt Buyers Association, is dismissed from this action with prejudice.

DATED: September 30, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT