IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS SHADE,

    Plaintiff,                  No. 2:08-cv-1069 LKK JFM PS

    vs.

BANK OF AMERICA, N.A., USA, et al.,

    Defendants.               <u>ORDER</u>

                                   /

          Plaintiff is proceeding pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21). On January 19, 2010, plaintiff filed a motion to proceed in forma pauperis on appeal. On February 12, 2010, plaintiff filed a second motion to proceed in forma pauperis on appeal. However, plaintiff was previously granted leave to proceed in forma pauperis in the district court on August 22, 2008. (Docket No. 3.) Rule 24(a)(2) of the Federal Rules of Appellate Procedure provides that once plaintiff is granted leave to proceed in forma pauperis in the district court, he may proceed on appeal without prepaying or giving security for fees and costs. <u>Id</u>. Thus, plaintiff's motions are unnecessary and will be terminated.

          IT IS ORDERED that plaintiff's January 19, 2010 and February 12, 2010 motions to proceed in forma pauperis on appeal are terminated as unnecessary.

DATED: February 23, 2010.

                                                                       UNITED STATES MAGISTRATE JUDGE